## MILOT BROTHERS COMPANY, INC.

v.

## Jerome SMITH.

### No. 79–404–M.P.

Supreme Court of Rhode Island.

Jan. 4, 1980.

William G. Savastano, North Smithfield, for petitioner.

Mark L. Smith, Woonsocket, for respondent.

### ORDER

The respondent is directed to file his response to the petition for writ of certiorari on or before January 16, 1980.

DORIS, J., did not participate.

■

## Marianne PARISEAULT

v.

## Robert G. PARISEAULT.

### No. 79–490–A.

Supreme Court of Rhode Island.

Jan. 4, 1980.

F. Thomas O'Halloran, Providence, for petitioner.

Ralph T. Lewis, Jr., Warwick, for respondent.

### ORDER

The respondent's motion for stay of the Family Court decree pending appeal is denied.

DORIS, J., did not participate.

■

## STATE

v.

## Mark BURNS.

### No. 79–520–C.A.

Supreme Court of Rhode Island.

Jan. 4, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

### ORDER

The motion to be appointed counsel for defendant is denied without prejudice to its being renewed after the record herein has been docketed in this court.

DORIS, J., did not participate.